UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-767(JMR/JMM)

| | | |
|---|---|---|
| Larry Michael Adams<br><br>v.<br><br>State of Minnesota and<br>Louis Stender | )<br>)<br>)<br>)<br>)<br>) | ORDER |

Petitioner objects to the Report and Recommendation, issued July 18, 2001, by the Honorable John M. Mason, United States Magistrate Judge. Petitioner's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied. [Docket No. 1.]

2. Petitioner's request for counsel is denied. [Docket No. 11.]

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 15th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
OCT 15 2001
JUDGEMENT ENTERED OCT 15 2001
DEPUTY CLERK'S INITIALS VEM