UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-767(JMR/JMM)

Larry Michael Adams )
)
v. ) ORDER
)
State of Minnesota and )
Louis Stender )

This matter is before the Court on petitioner's application to proceed in forma pauperis [Doc. #32] and motion for a Certificate of Appealability ("COA") [Doc. #34].

The Court has considered whether issuance of a COA is appropriate. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997). In that context, the Court concludes that no issue raised is "debatable among reasonable jurists." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991) (per curiam)). Petitioner has not, therefore, made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). There is no basis for the issuance of a COA.

The Court has also considered petitioner's application to proceed in forma pauperis. Petitioner's application is granted.

IT IS SO ORDERED.

Dated: December 22nd, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 27 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS